Rosemary M. Rivas (SBN 209147)
rmr@classlawgroup.com
David Stein (SBN 257465)
ds@classlawgroup.com
Rosanne L. Mah (SBN 242628)
rlm@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM PLUSKOWSKI, RICKY BARBER, LUCILLE JACOB, CARLA WARD, PEPPER MILLER, and CINDY BRADY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., and KIA CORPORATION,<br><br>Defendants. | Case No. 8:22-cv-00824<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Please take notice that, in accordance with Local Rule 40-2 of the Local Civil Rules of the United States District Court for the Central District of California, Plaintiffs Adam Pluskowski, Ricky Barber, Lucille Jacob, Carla Ward, Pepper Miller, and Cindy Brady, along with the plaintiffs in the related actions titled *Zakikhani, et al. v. Hyundai Motor Company, et al.*, No. 8:20-cv-01584-SB-JDE (C.D. Cal.) ("*Zakikhani*") and *Evans, et al. v. Hyundai Motor Company, et al.*, No. 8:22-cv-00300-SB-JDE (C.D. Cal.) ("*Evans*") have reached a proposed class action settlement with Defendants Hyundai Motor America, Hyundai Motor Company, Kia America, Inc., and Kia Corporation.

The undersigned stated in the Joint Stipulation filed on August 10, 2022 that they reached a settlement agreement in principle and apologize for not separately filing a notice of settlement and for any inconvenience and confusion caused to the Court. The motion for preliminary approval of the class action settlement was then filed with the Court on August 15, 2022 in *Zakikhani* (Dkt. No. 115).

The Parties have since filed in *Zakikhani* a stipulation seeking consolidation of this action with *Zakikhani* and *Evans,* and that all future filings occur in *Zakikhani*.

DATED: August 31, 2022          Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   */s/ Rosemary M. Rivas*

| | |
|---|---|
| 1 | Rosemary M. Rivas (SBN 209147) |
| 2 | David Stein (SBN 257465) |
|   | Rosanne L. Mah (SBN 242628) |
| 3 | 505 14th Street, Suite 1110 |
| 4 | Oakland, California 94612 |
|   | Telephone:  (510) 350-9700 |
| 5 | Facsimile:   (510) 350-9701 |
| 6 | rmr@classlawgroup.com |
|   | ds@classlawgroup.com |
| 7 | rlm@classlawgroup.com |

*Attorneys for Plaintiffs*

*/s/ Lance A. Etcheverry*
LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
CAROLINE VAN NESS (SBN 281675)
caroline.vanness@skadden.com
MICHAEL C. MINAHAN (SBN 311873)
michael.minahan@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

JOHN BEISNER (SBN 81571)
john.beisner@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone:  (202) 371-7000
Facsimile:   (202) 393-5760

*Attorneys for Defendants*

1  I, Rosemary M. Rivas, attest that the signatories listed above, and on whose behalf
2  this filing is submitted, concur in the filing's content and have authorized the filing.

                                         /s/ Rosemary M. Rivas